1

2

3

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5

6

7

8

9

10

11

12

13

14

15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CV-09-5101-LRS |
| vs. | ) | |
| $3,700.00 U.S. CURRENCY, | ) | Default Judgment of Forfeiture |
| 2007 TOYOTA CAMRY, WASHINGTON LICENSE 044 YRJ, VIN: JTNGE46K273069237, | ) | |
| 2003 FORD MUSTANG COBRA, WASHINGTON LICENSE 407 YDA, VIN: 1FAFP48Y33F309329, | ) | |
| 2000 CHEVROLET TAHOE, WASHINGTON LICENSE 947 SXX, VIN: 1GNEK13T7YJ183485, | ) | |
| Defendants | ) | |

16

17

Plaintiff, United States of America filed its Verified Complaint for Forfeiture In Rem on December 9, 2009, for forfeiture of the Defendant property.

18

19

20

On January 26, 2010, the United States Marshals Service executed the Warrant of Arrest In Rem.  The returned warrant was filed with the Court under the above cause number on February 8, 2010.

21

22

23

24

25

26

27

28

On February 17, 2010, Antonio Molina was served, via certified mail, with a copy of the Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture (said notice specifies the claim requirements under Rule G and also specifically states the claim deadline), as reflected in the Certificate of Service of Notice by Mail filed with the Court on February 18, 2010.  Based upon the February 17, 2010, direct notice service date, the last date to file a timely claim was March 24, 2010.  A Clerk's Order of Default was entered as to Antonio Molina

on May 4, 2011.  To date, no claim or  response has been received from Antonio Molina.

On February 17, 2010, Jose Luis Rios was served, via certified mail, in care of Attorney Robert Thompson, with a copy of the Verified Complaint for Forfeiture <u>In Rem</u>, Warrant of Arrest <u>In Rem</u>, and Notice of Complaint for Forfeiture (said notice specifies the claim requirements under Rule G and also specifically states the claim deadline), as reflected in the Certificate of Service of Notice by Mail filed with the Court on February 18, 2010.  Based upon the February 17, 2010, direct notice service date, the last date to file a timely claim was March 24, 2010.  A Clerk's Order of Default was entered as to Jose Luis Rios on May 4, 2011.  To date, no claim or response has been received from Antonio Molina.

On September 8, 2010, Alberto Rangel (Rangal) was served, via certified mail, with a copy of the Verified Complaint for Forfeiture <u>In Rem</u>, Warrant of Arrest <u>In Rem</u>, and Notice of Complaint for Forfeiture (said notice specifies the claim requirements under Rule G and also specifically states the claim deadline), as reflected in the Certificate of Service of Notice by Mail filed with the Court on January 20, 2011.  Based upon the September 8, 2010, direct notice service date, the last date to file a timely claim was October 13, 2010. A Clerk's Order of Default was entered as to Antonio Molina on May 4, 2011.  To date, no claim or  response has been received from Alberto Rangel.

In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning February 12, 2010. CR 29.  Based upon the internet publication start date of February 12, 2010, the last date to file a timely claim was April 13, 2010.

On March 24, 2010, Martha Soto filed a claim to "the Defendant property, $3,980.00 seized from 1311 N. 15th Ave., Pasco, WA" and attached a copy of a Search and Seizure Warrant for 1311 North 15th Avenue, Pasco, Washington.  The

Defendant $3,700.00 U.S. currency in the instant civil forfeiture action was seized from Alberto Rangal at 1924 West Pearl, Pasco, Washington. On March 21, 2011, Ms. Soto filed a Stipulation to Withdraw Claim, effectively withdrawing any claim to the Defendant $3,700.00 U.S. currency.

No valid or timely claim of interest has been received or filed with the Court from Alberto Rangel, Antonio Molina, or Jose Luis Rios, or from any other person or entity, and the time allowed for filing of such a claim has expired.

On April 18, 2011, the United States filed its Notice (s)of Motion for Default, which were served via certified mail, return receipt requested, upon Alberto Rangel (Rangal), Antonio Molina, and Jose Luis Rios.  No opposition was filed and defaults were entered by the Clerk on May 4, 2011.

Now, therefore on motion by the Plaintiff, United States of America, for a Default Judgment for Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED, as follows:

1.  Plaintiff's Motion for Default Judgment, Ct. Rec. 46, is **GRANTED**.

2.  Pursuant to 21 U.S.C. § 881(a)(6), the Defendant $3,700.00 U.S. Currency, and the 2003 Ford Mustang Cobra, Washington License 407 YDA, VIN: 1FAFP48Y33F309329, are forfeited to the United States of America, and no right, title, or interest in the Defendant currency and vehicle shall exist in any other party.

3.  The United States Marshals Service shall dispose of the above-described Defendant assets in accordance with law.

DATED this ____19th____ day of May, 2011.

*s/Lonny R. Suko*

_____
Lonny R. Suko
United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

Default Judgment of Forfeiture - 3
Default Judgment of Forfeiture .wpd

1    s/James A. Goeke

2    James A. Goeke
     Assistant United States Attorney

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Default Judgment of Forfeiture - 4
Default Judgment of Forfeiture .wpd