1
2
3
4                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
5  UNITED STATES OF AMERICA,        )
6                    Plaintiff,     )        CV-09-5101-LRS
7        vs.                        )
8  $3,700.00 U.S. CURRENCY,         )        Order of Forfeiture of Substitute
                                    )        Res
9  2007 TOYOTA CAMRY,               )
   WASHINGTON LICENSE 044           )
10 YRJ, VIN: JTNGE46K273069237,     )
                                    )
11 2003 FORD MUSTANG COBRA,         )
   WASHINGTON LICENSE 407           )
12 YDA, VIN: 1FAFP48Y33F309329,     )
                                    )
13 2000 CHEVROLET TAHOE,            )
   WASHINGTON LICENSE 947           )
14 SXX, VIN: 1GNEK13T7YJ183485,     )
                                    )
15                   Defendants.    )

16       Plaintiff, United States of America, alleged in a Verified Complaints for

17 Forfeiture In Rem that the Defendant property is subject to forfeiture to the United

18 States pursuant to 21 U.S.C. § 881.

19       The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345

20 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

21       The defendant property being forfeited is described as follows:

22       1) $4,500.00 substitute res provided by Nora Soto in lieu of forfeiture
         of the Defendant 2007 Toyota Camry; and,
23
         2)  $2,000 substitute res provided by Pedro Olvera, Jr., in lieu of
24       forfeiture of the Defendant 2000 Chevrolet Tahoe.

25       On February 25, 2011, the United States and Claimant Nora Soto, entered

26 into a Stipulation for Forfeiture of Substitute Res.  CR 33.  In said stipulation,

27 Claimant Soto agreed to the forfeiture of $4,500 substitute res in lieu of forfeiture

28 of the Defendant 2007 Toyota Camry.  In addition, Claimant Nora Soto consented

Final Order of Forfeiture -1-
USA Order of Forfeiture sub res.wpd

to the entry of an order of forfeiture of the $4,500 substitute <u>res</u> to the United States and waived a hearing and notice of presentment.  As stipulated, the United States Marshals Service timely received the $4,500 cashier's check from Claimant Soto and the Defendant 2007 Toyota Camry was returned to Ms. Soto.

On March 2, 2011, the United States and Claimant Pedro Olvera, entered into a Stipulation for Forfeiture of Substitute <u>Res</u>.  CR 34.  In said stipulation, Claimant Olvera agreed to the forfeiture of $2,000 substitute <u>res</u> in lieu of forfeiture of the Defendant 2007 Toyota Camry.  In addition, Claimant Olvera consented to the entry of an order of forfeiture of the $2,000 substitute <u>res</u> to the United States and waived a hearing and notice of presentment.  As stipulated, the United States Marshals Service timely received the $2,000 cashier's check from Claimant Olvera and the Defendant 2000 Chevrolet Tahoe was returned to Mr. Olvera.

The Notice of Complaint was posted on the official government website www.forfeiture.gov  as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on January 20, 2011.  CR 29. Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that claimants file a claim within sixty (60) days after first date of publication.  At the latest this 60-day period expired on April 13, 2010. No claims to the Defendant 2007 Toyota Camry or to the Defendant 2000 Chevrolet Tahoe were filed within this time period.

It appearing to the Court that Claimants' interest in the  Defendant 2007 Toyota Camry or to the Defendant 2000 Chevrolet Tahoe were resolved through the entry of stipulations for forfeiture of substitute <u>res</u> filed herein;

It further appearing to the Court that no additional timely claims were made to the Defendant 2007 Toyota Camry or to the Defendant 2000 Chevrolet Tahoe ;

1    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that

2  Plaintiff's Motion for Entry of an Order of Forfeiture of Substitute <u>Res</u> (ECF No.

3  51) is GRANTED and:

4          1) $4,500.00 substitute <u>res</u> provided by Nora Soto in lieu of forfeiture
            of the Defendant 2007 Toyota Camry; and,

5
            2)  $2,000 substitute <u>res</u> provided by Pedro Olvera, Jr., in lieu of
6           forfeiture of the Defendant 2000 Chevrolet Tahoe.

7  is hereby forfeited to the United States of America, and no right, title, or interest

8  shall exist in any other person.

9          IT IS FURTHER ORDERED that the United States Marshals Service shall

10  dispose of the forfeited substitute <u>res</u> described herein in accordance with law.

11          DATED this   21st   day of June, 2011.

12
13                                              *s/Lonny R. Suko*

14                                        _____
                                                    Lonny R. Suko
15                                            United States District Judge

16  Presented by:

17  Michael C. Ormsby
    United States Attorney

18  s/James A. Goeke

19
    James A. Goeke
20  Assistant United States Attorney

21

22

23

24

25

26

27

28

Final Order of Forfeiture -3-
USA Order of Forfeiture sub res.wpd